No. 91–5573. HARPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5597. McCALLUM ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5625. ASTORRI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5646. SISSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5653. JIMENEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5680. GENTRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5691. WHITE v. STONE, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 91–5700. BURKE v. UNITED STATES; and
No. 91–5710. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 932 F. 2d 976.

No. 91–5734. LAWHORN v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 91–5768. GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5897. ROBISON v. MAYNARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–5903. HUBBERT v. ELKINS, DEPUTY WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–5912. HANRAHAN v. THIERET, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 91–5920. BROWN ET AL. v. KERR GLASS MANUFACTURING INC. ET AL. C. A. 9th Cir. Certiorari denied.